UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       v.

GEORGE MOSES,

          Defendant.

**PROTECTIVE ORDER**

6:19-CR-06074 EAW

The Court hereby authorizes the Jury Administrator to release to counsel in this case the jury list as referenced at page 9 of the Jury Selection Plan of the United States District Court for the Western District of New York (the "Plan") as well as completed juror questionnaires prepared by the Court with the input of the parties. This information may only be used in connection with jury selection in this case. All electronic and paper copies of the jury list and completed questionnaires must either be returned to the Court after the jury has been impaneled or counsel must certify that all such copies have been destroyed and that no jury lists or completed questionnaires have been retained in any duplicative form.

If any party becomes aware of information suggesting that a prospective juror is disqualified from jury service pursuant to 28 U.S.C. § 1865(b)(1)-(5), that party must immediately bring that information to the attention of the Court.

The jury list and completed questionnaires may only be disclosed to individuals who have a need to view the information for purposes of jury selection. The documents may

not be disclosed, shown, or distributed in any manner to third parties. All parties are reminded that the Plan specifically prohibits the disclosure of the names and personal information of prospective and sitting petit jurors.

Any attorney who obtains access to the jury list and completed questionnaires consistent with the terms of this Protective Order is personally responsible for not only his or her compliance with this Protective Order, but also the compliance of any other individual who is shown the information consistent with the terms of this Protective Order, including in the case of defense counsel the Defendant George Moses.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:   September 22, 2021
         Rochester, New York