UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

               v.

GEORGE MOSES,

               Defendant.
_____

**ORDER**

6:19-CR-06074 EAW

For reasons set forth on the record on October 12, 2021, it is hereby ordered that during the jury trial in the above-captioned criminal matter, no person who has not been fully vaccinated against COVID-19 shall be present in the well of the courtroom, other than a witness called to testify.  Any violation of this Order may constitute a contempt of Court.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:      October 12, 2021
              Rochester, New York