UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          v.

GEORGE MOSES,

          Defendant.

**ORDER**

6:19-CR-06074 EAW

---

On November 18, 2021, after the close of the government's proof and after the Court granted the government's motion to dismiss counts 7, 8 and 9 of the fifth superseding indictment with prejudice and without objection from defendant George Moses ("Defendant"), Defendant made a motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(a) on the remaining counts with which he was charged. (*See* Dkt. 364). The Court reserved decision. (*Id*.). Defendant then presented evidence and renewed the motion after the close of all the evidence. (*See* Dkt. 371). The Court again reserved decision. (*Id*.). Defendant was convicted by the jury on all remaining counts with the exception of count 14 of the redacted indictment (count 20 of the fifth superseding indictment). (*See* Dkt. 380). Defendant did not renew his motion after return of the jury's verdict pursuant to Rule 29(c). The Court hereby denies Defendant's pre-verdict motion for judgment of acquittal pursuant to Rule 29(a).

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge, U.S. District Court

Dated:    February 3, 2022
            Rochester, New York